**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronda L Jones | Social Security number or ITIN  xxx–xx–0226 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27644–SLM | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronda L Jones

12/20/19                                                          **By the court:** <u>Stacey L. Meisel</u>
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 19-27644-SLM
Ronda L Jones                                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2           Date Rcvd: Dec 20, 2019
                               Form ID: 318                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Ronda L Jones,    210 Donato Circle,    Scotch Plains, NJ 07076-1069
518460628      +Aaron's Sales & Lease,    Attn: Bankruptcy,    PO Box 100039,    Kennesaw, GA 30156-9239
518460642      +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
518460641      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
518460643      +Cmpptnrs/Kean College,    PO Box 2901,    Winston Salem, NC 27102-2901
518460646      +EZ Pass,    PO Box 52005,    Newark, NJ 07101-8205
518460647      +EZ Pass Violatons,    PO Box 2449,    Gig Harbor, WA 98335-4449
518460644      +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518460645      +Eos Cca,    PO Box 981008,    Boston, MA 02298-1008
518460648      +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
518460650      +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
518460656      +Griffin Alexander, P.C.,    415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
518460657      +Griffin Alexander, P.C.,    197 Route 18 South,    Suite 3000, South Wing,
                 East Brunswick, NJ 08816-1440
518460663      +Liberty Savings FCU,    666 Newark Ave,    Jersey City, NJ 07306-2398
518460662      +Liberty Savings FCU,    Attn: Bankruptcy,    666 Newark Ave,    Jersey City, NJ 07306-2398
518460664      +Lyons, Doughty , & Veldhuis,    1288 Route 73 , Suite 310,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
518460665      +Lyons, Doughty , & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518460670      +Lyons, Doughty , & Veldhuis, PC,    15 Ashley Place, Ste. 2B,    Ref: DC-002904-18),
                 Wilmington, DE 19804-1396
518460669      +Lyons, Doughty , & Veldhuis, PC,    15 Ashley Place, Ste. 2B,    Wilmington, DE 19804-1396
518460675      +Selip and Stylianou, LLP,    10 Forest Ave., Ste. 300,    Paramus, NJ 07652-5238
518460674       Selip and Stylianou, LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
518460680      +The Reserve at Scotch Plains,    112 Donato Circle,    Scotch Plains, NJ 07076-1068
518460681      +Union County Home Improvement Program,     10 Elizabethtown Plaza,    Elizabeth, NJ 07202-3451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2019 00:56:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2019 00:56:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 21 2019 05:34:00       Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518460629      +EDI: AAEO.COM Dec 21 2019 05:34:00       Aaron's Sales & Lease,    309 E Paces Ferry,
                 Atlanta, GA 30305-2367
518460630      +EDI: AMEREXPR.COM Dec 21 2019 05:33:00       Amex,   Correspondence/Bankruptcy,    PO Box 981540,
                 El Paso, TX 79998-1540
518460631      +EDI: AMEREXPR.COM Dec 21 2019 05:33:00       Amex,   PO Box 981537,    El Paso, TX 79998-1537
518460635      +EDI: CAPITALONE.COM Dec 21 2019 05:34:00       Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
518460632      +EDI: CAPITALONE.COM Dec 21 2019 05:34:00       Capital One,   Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518460637      +EDI: CHASE.COM Dec 21 2019 05:34:00       Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,
                 Wilmington, DE 19850-5298
518460638      +EDI: CHASE.COM Dec 21 2019 05:34:00       Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
518460640      +EDI: CITICORP.COM Dec 21 2019 05:34:00       Citibank/The Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
518460639      +EDI: CITICORP.COM Dec 21 2019 05:34:00       Citibank/The Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
518460652      +EDI: BLUESTEM Dec 21 2019 05:34:00       Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
518460653      +EDI: BLUESTEM Dec 21 2019 05:34:00       Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
518460654      +EDI: AMINFOFP.COM Dec 21 2019 05:33:00       First Premier Bank,    Attn: Bankruptcy,
                 PO Box 5524,    Sioux Falls, SD 57117-5524
518460655      +EDI: AMINFOFP.COM Dec 21 2019 05:33:00       First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518460659       EDI: JEFFERSONCAP.COM Dec 21 2019 05:33:00       Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
518460659       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2019 00:56:59       Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
518460658       EDI: JEFFERSONCAP.COM Dec 21 2019 05:33:00       Jefferson Capital Systems, LLC,    PO Box 1999,
                 Saint Cloud, MN 56302
518460658       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2019 00:56:59       Jefferson Capital Systems, LLC,
                 PO Box 1999,    Saint Cloud, MN 56302
518460661       E-mail/Text: krivera@leadersfc.com Dec 21 2019 00:54:03       Leaders Financial Company,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016
518460660       E-mail/Text: krivera@leadersfc.com Dec 21 2019 00:54:03       Leaders Financial Company,
                 Attn: Bankruptcy,    21 Commerce Dr. Suite 101,    Cranford, NJ 07016
518460673      +E-mail/Text: jennifer.chacon@spservicing.com Dec 21 2019 00:57:45
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0312-2          User: admin               Page 2 of 2                   Date Rcvd: Dec 20, 2019
                              Form ID: 318              Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518460672       +E-mail/Text: jennifer.chacon@spservicing.com Dec 21 2019 00:57:45
                  Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
518461684       +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518460676       +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL 32896-5060
518460677       +EDI: RMSC.COM Dec 21 2019 05:34:00      Synchrony Bank/Walmart,    PO Box 965024,
                  Orlando, FL 32896-5024
518460678       +EDI: WTRRNBANK.COM Dec 21 2019 05:33:00       Target,   Attn: Bankruptcy,    PO Box 9475,
                  Minneapolis, MN 55440-9475
518460679       +EDI: WTRRNBANK.COM Dec 21 2019 05:33:00       Target,   PO Box 673,   Minneapolis, MN 55440-0673
518460682       +EDI: VERIZONCOMB.COM Dec 21 2019 05:33:00       Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518460636*      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
518460634*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518460633*      +Capital One,    Attn: Bankruptcy,    P0 Box 30285,    Salt Lake City, UT 84130-0285
518460649*      +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
518460651*      +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
518460668*      +Lyons, Doughty , & Veldhuis,     PO Box 1269,   Mount Laurel, NJ 08054-7269
518460666*      +Lyons, Doughty , & Veldhuis,     1288 Route 73 , Suite 310,    PO Box 1269,
                  Mount Laurel, NJ 08054-7269
518460667*      +Lyons, Doughty , & Veldhuis,     1288 Route 73 , Suite 310,    PO Box 1269,
                  Mount Laurel, NJ 08054-7269
518460671*      +Lyons, Doughty , & Veldhuis, PC,     15 Ashley Place, Ste. 2B,    Wilmington, DE 19804-1396
                                                                                         TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   CSMC 2018-SP3 Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Ronda L Jones herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```